LOUIS N. OSMOND, Appellant, v. NEW YORK COTTON EXCHANGE, INC., and

Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.